# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRICK NOONER, ADC #000926**                                                **PLAINTIFF**

**v.**                     **Case No. 4:19-cv-00389-KGB**

**STATE OF ARKANSAS,** *et al*.                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Terrick Nooner's claims are dismissed without prejudice. The relief requested is denied.

It is so ordered this 19th day of March, 2020.

_____
Kristine G. Baker
United States District Judge